

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Steven Mintz | Case No.: 18-10148 |
| | Chapter: 13 |
| | Judge: JNP |

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: February 14, 2018        /S/ Jerrold N. Poslusny Jr.
                               Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____D_____ or to the List of Creditors on _____2/12/18_____ :

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Mintz  
       Debtor

Case No. 18-10148-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Feb 14, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.  
db         +Steven Mintz,   115 Bradley Court,   Laurel Springs, NJ 08021-4821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:

        Hubert C. Cutolo   on behalf of Creditor   Country Creek West hcutolo@cutololaw.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
        Richard S. Hoffman, Jr.    on behalf of Debtor Steven  Mintz rshoffman@hoffmandimuzio.com,  
         lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 5