| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Steven Mintz,<br>　　　Debtor. | Case No.: 18-10148<br>Chapter: 13<br>Judge: JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Steven Mintz, debtor in this case, certify as follows:

48

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

　☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2-10-2023

_____
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*