| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven Mintz**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6266<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–10148–JNP | | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Steven Mintz
    aka Steve Mintz

<u>4/11/23</u>                                                                                      **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven Mintz  
    Debtor

Case No. 18-10148-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 11, 2023      Form ID: 3180W      Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Mintz, 115 Bradley Court, Laurel Springs, NJ 08021-4821 |
| cr | + | Country Creek West, Cutolo Barros LLC, 151 Highway 33 East, Suite 204, Manalapan, NJ 07726-8635 |
| 517260675 | + | Alpha Recovery Corp., 5660 Greenwood Plaza Blvd., Suite 101, Greenwood Village, CO 80111-2416 |
| 517260682 | + | Country Creek West Condo Assn., 255 Berkley Road, Mantua, NJ 08051-1564 |
| 517270904 | + | Country Creek West Condominium Association, Inc., C/O Cutolo Barros, LLC, 151 Highway 33 East, Suite 204, Manalapan, NJ 07726-8635 |
| 517328837 | + | Elements Financial, 225 South East Street, Suite 300, Indianapolis, IN 46202-4059 |
| 517260685 | | Fortiva Financial, Attn: Van Ru Credit Corporatino, 1350 E. Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 517260686 | + | Hayt Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 517260692 | + | Simeone & Raynor, LLC, Harvard Law Building, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 517388137 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517260693 | | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 999, Trenton, NJ 08646-0999 |
| 517260695 | + | US Bank as Cust for ATR Fund-NJ & CapOne, 50 S. 16h Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 517260697 | + | West Deptford Township, 400 Crown Point Road, West Deptford, NJ 08086-2146 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517260676 | ^ | MEBN | Apr 11 2023 20:29:22 | Asset Recovery Solutions LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 517260677 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 20:38:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 517260678 | + | EDI: TSYS2 | Apr 12 2023 00:29:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517260679 | | Email/Text: bkmailbayview@bayviewloanservicing.com | Apr 11 2023 20:38:00 | Bayview Loan Servicing, LLC, 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| 517386516 | + | EDI: LCIBAYLN | Apr 12 2023 00:29:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 517260681 | | EDI: CKSFINANCIAL.COM | Apr 12 2023 00:29:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 517260680 | | EDI: CAPITALONE.COM | Apr 12 2023 00:29:00 | Capital One Bank, PO Box 30285, Salt Lake City, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | UT 84130-0285 |
| 517298522 | | EDI: CAPITALONE.COM | Apr 12 2023 00:29:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517271092 | | EDI: DISCOVER.COM | Apr 12 2023 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517260683 | + | EDI: DISCOVER.COM | Apr 12 2023 00:29:00 | Discover Card, Attn: Bankruptcy Dept., PO Box 3025, New Albany, OH 43054-3025 |
| 517260684 | | Email/Text: data_processing@fin-rec.com | Apr 11 2023 20:38:00 | Financial Recovery Services Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517260687 | | EDI: IRS.COM | Apr 12 2023 00:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517303958 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517260689 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 20:38:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517260690 | + | Email/Text: ngisupport@radiusgs.com | Apr 11 2023 20:37:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 517340024 | | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517339883 | | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517336482 | | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 517260691 | | Email/Text: signed.order@pfwattorneys.com | Apr 11 2023 20:37:00 | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517375418 | | EDI: Q3G.COM | Apr 12 2023 00:29:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517262192 | + | EDI: RMSC.COM | Apr 12 2023 00:29:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517260694 | | EDI: RMSC.COM | Apr 12 2023 00:29:00 | Synchrony Bank/PayPal, PO Box 965060, Orlando, FL 32896-5060 |
| 517260696 | ^ | MEBN | Apr 11 2023 20:29:22 | Velocity Investments, LLC, PO Box 788, Wall, NJ 07719-0788 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517260688 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 38 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Hubert C. Cutolo | on behalf of Creditor Country Creek West hcutolo@cutolobarros.com ecourts@cutolobarros.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Steven Mintz rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5